310 F.2d 936
 KESSLER EXPORT CORPORATION, a domestic corporation,
Plaintiff-Appellant,
v.
RELIANCE INSURANCE COMPANY OF PHILADELPHIA, PA., and
American Insurance Company of Newark, N.J.,
Defendants-Appellees.
 No. 167, Docket 27680.
 United States Court of Appeals Second Circuit.
 Argued Dec. 7, 1962.
Decided Dec. 7, 1962.
 
 Robert Heller, William A. Stetter, Jr., Brooklyn, N.Y., (Setter & Levy, Alan C. Levy, Brooklyn, N.Y., of counsel, for appellant.
 Greenhill & Speyer, Simon Greenhill, New York City, (John M. Speyer, New York City, of counsel) for appellee, Reliance Ins. Co.
 Abrams & Bleich, Benjamin M. Haber, New York City, for appellee, American Ins. Co.
 Before SWAN, FRIENDLY and MARSHALL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court on the opinion below 207 F.Supp. 355.